AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

--- OFFENSE CHARGED ---

Title 18, United States Code, Section 1708 -- Possession of Stolen Mail

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

--- DEFENDANT - U.S. ---

▶ Randy Wright

DISTRICT COURT NUMBER

**CR 07 0445 JSW**

E-Filing

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)
U.S. Postal Inspection Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

--- DEFENDANT ---

IS **NOT** IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) Kyle F. Waldinger

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

CR 07 0445

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. |
| --- | --- |
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. § 1708 – Possession of Stolen Mail |
| | ) SAN FRANCISCO VENUE |
| v. | ) |
| RANDY WRIGHT, | ) |
| Defendant. | ) |

**INFORMATION**

The United States Attorney charges:

<u>COUNT ONE</u>:    18 U.S.C. § 1708 – Possession of Stolen Mail

On or about June 7, 2007, in the Northern District of California, the defendant

RANDY WRIGHT

did unlawfully possess mail, and articles and things contained therein, which had been stolen, taken, and abstracted from and out of letter boxes, mail receptacles, and other authorized depositories for U.S. mail matter, knowing the same to have been stolen,

INFORMATION

1  taken, and abstracted, in violation of Title 18, United States Code, Section 1708.

2  DATED: July 12, 2007          SCOTT N. SCHOOLS
                                 United States Attorney

                                 _____
                                 W. DOUGLAS SPRAGUE
                                 Acting Chief, Criminal Division

7  Approved as to Form: _____
                        AUSA WALDINGER

INFORMATION

-2-