1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN 202121)
3  Acting Chief, Criminal Division

4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6830
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,       )
                                   )
13              Plaintiff,         )   No. CR 03-0217 CRB
                                   )   [Filed July 15, 2003]
14                                 )
           v.                      )
15                                 )
   RANDY WRIGHT,                   )
16                                 )
                Defendant.         )   SAN FRANCISCO VENUE
17 _____ )

18 UNITED STATES OF AMERICA,       )
                                   )
19              Plaintiff,         )   No. CR 07-0445 JSW
                                   )   [Filed July 12, 2007]
20         v.                      )
                                   )   **NOTICE OF RELATED CASE**
21 RANDY WRIGHT,                   )   **IN A CRIMINAL ACTION**
                                   )
22              Defendant.         )   SAN FRANCISCO VENUE
   _____ )
23

24      The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the

25 Court that the two above-captioned criminal cases are related. The more recent charges filed in

26 the Information on July 12, 2007 (see Attachment) involve the same defendant as charged in the

27 Indictment in case CR 03-0217, now pending before The Honorable Charles R. Breyer. In that

28 case, the defendant Randy Wright pleaded guilty to charges that she possessed stolen mail and

NOTICE OF RELATED CASE
CR 03-0217 CRB

1  that she possessed 15 or more unauthorized access devices.  On June 23, 2004, The Honorable
2  Fern M. Smith sentenced the defendant to a sentence of imprisonment of 34 months.  The
3  defendant is now on supervised release with respect to that charge.  The matter has been re-
4  assigned to The Honorable Charles R. Breyer.  A charge that the defendant violated the terms of
5  her supervised release is now pending before the Court.
6      The recently filed case CR 07-0445 JSW has been assigned to The Honorable Jeffrey S.
7  White.  The new case charges the same defendant as in case CR 03-0217 CRB and relates to
8  similar conduct.  Based upon these facts, the cases are related within the meaning of Local Rule
9  8-1(b)(2) because if heard by separate judges they likely would involve substantial duplication of
10 labor by the two judges.
11     Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that
12 assignment of these cases to a single judge is likely to conserve judicial resources and promote an
13 efficient determination of each action.  In particular, the United States believes that the parties
14 have reached an agreement that resolves both the new charge brought in case CR 07-0445 JSW
15 and that resolves the supervised release violation alleged in case CR 03-0217 CRB.

16 DATED: July 19, 2007                    Respectfully submitted,

17                                         SCOTT N. SCHOOLS
                                           United States Attorney
18
19
                                            /S/
20                                         KYLE F. WALDINGER
                                           Assistant United States Attorney
21

NOTICE OF RELATED CASE
CR 03-0217 CRB                              2