SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6830
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RANDY WRIGHT, ) <br> ) <br> Defendant. ) <br>_____ ) | No.:  CR 03-0217 CRB <br> No.:  CR 07-0445 CRB <br><br> **UNITED STATES' STATUS MEMORANDUM** |

The parties are next scheduled to appear before the Court on August 22, 2007 at 2:15 p.m. At that time, the government anticipates that the defendant will (1) plead guilty to the single charge in the Information in case number CR 07-0445 CRB, which charges her with possession of stolen mail, and (2) admit to a violation of the terms of her pretrial release in case number CR 03-0217 CRB.

The parties have agreed in principle to the terms of a plea agreement, which the government will provide by letter to the Court.  The United States submits this Status Memorandum to advise the Court of its position regarding preparation of a presentence report in this matter.

In the proposed plea agreement, the defendant will agree to waiver her right to a presentence investigation under Federal Rule of Criminal Procedure 32(c).  Even in the absence

USA'S STATUS MEMORANDUM
CR 03-0217 CRB/CR 07-0445 CRB

of a presentence report, the United States believes that the Court will have sufficient information to impose an appropriate sentence. The United States notes that a presentence report was prepared with respect to the defendant in approximately May 2004. Thereafter, in June 2004, the defendant was sentenced to a term of imprisonment of 34 months. She was released from BOP custody in mid-2006. Upon her release from BOP custody, she was supervised by the Probation Officer currently assigned to this matter, Jennifer James. Until Ms. Wright's failure to comply with the terms of her supervised release, the Ms. James was in frequent contact with her. Moreover, since her recent arrest and release to Restoration House, Ms. James has also been in frequent contact with Ms. Wright. Accordingly, Ms. James is well equipped to provide the Court with any additional information about Ms. Wright that the Court believes is necessary to make its sentencing determination in this matter.

That being said, after entry of plea on August 22, 2007, it is the United States' understanding that it will be the parties' joint request that the Court <u>continue</u> sentencing for a modest period of time. This will permit the parties to effectively prepare for sentencing and will give the defendant an additional opportunity to demonstrate to the Court her efforts and willingness to comply with the terms of her supervised release.

DATED: August 21, 2007         Respectfully submitted,

                               SCOTT N. SCHOOLS
                               United States Attorney


                                    /S/
                               KYLE F. WALDINGER
                               Assistant United States Attorney

USA'S STATUS MEMORANDUM
CR 03-0217 CRB/CR 07-0445 CRB