| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER** <br> Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **August 22, 2007**

Reporter**: Sahar McVickar**

| | |
|---|---|
| **Case No: CR-07-0445-CRB** | **DEFT:** RANDY WRIGHT <br> **(X) Not Present** |
| AUSA: Susan Badger <br> USPO: Jennifer James | DEF ATTY: Ron Tyler |

**REASON FOR HEARING** Supervised Release Violation

**RESULT**  defendant failed to appear.  The Court orders a bench warrant issued for failure to appear (18:3146).  If the defendant self surrenders the magistrate judge has the option to allow the defendant the ability to make bail.

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to**_____ **for**_____

**JUDGMENT**_____

Notes:_____